IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR294

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **ADDENDUM TO** **DOC. 106 ORDER** |
| DUNCAN CARSON (7) | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. It has come to the attention of the Court that the Order dated November 27, 2006 [doc. 106] did not require the defendant to report to the Bureau of Prisons for the psychiatric evaluation. This Addendum to the previous Order now requires the defendant to report to the Bureau of Prisons as directed by the United States Marshals Service, for the purpose of the psychiatric evaluation.

**IT IS THEREFORE ORDERED** that the defendant shall report to the Bureau of Prisons as directed by the United States Marshals Service in order to accomplish his psychiatric evaluation.

**IT IS SO ORDERED.**

Signed: November 29, 2006

Graham C. Mullen
United States District Judge