IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CR294**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DUNCAN CARSON          (7) | ) | |
| Defendant. | ) | |
| | ) | |

 

**THIS MATTER IS BEFORE THE COURT** on its own motion. By Order filed on November 29, 2006, defendant Duncan Carson self-reported for his psychiatric evaluation.

**IT IS THEREFORE ORDERED** that defendant is allowed to self-release pursuant to the bond entered on November 2, 2006 [doc. 92].

Signed: March 8, 2007

Graham C. Mullen
United States District Judge