IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr294

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TITO THOMPSON et al | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on its own motion. Attorney Reggie E. McNight has fulfilled his obligations to show cause as to why he should not be sanctioned for failing to attend the Court's status conference on August 15, 2007 and failing to respond to the Court's inquiries since then. He has explained his absence in a personal conversation with the Court, and his absence is hereby excused.

IT IS SO ORDERED.

Signed: September 6, 2007

Graham C. Mullen
United States District Judge